FILED & ENTERED

NOV 23 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>RUFINO ABARCA-ESTRADA &<br>ELENA ARACELY LINARES<br><br>Debtors. | Case No.: 2:22-bk-14403-BR<br><br>CHAPTER 7<br><br>**ORDER DENYING "REAFFIRMATION AGREEMENT WITH TOYOTA MOTOR CREDIT CORPORATION"**<br><br>Date:     November 22, 2022<br>Time:    10:00 AM<br>Place:    Zoom for Government |

    This matter is before the Court on the Debtor's "Reaffirmation Agreement with Toyota Motor Credit Corporation" (Docket No. 22).

    A hearing was held on November 22, 2022, the Debtors appeared.

    At the hearing the Debtors stated they want to reaffirm. However, good cause having not been shown, the reaffirmation agreement with Toyota Motor Credit Corporation is **DENIED.**

    **IT IS SO ORDERED.**

Date: November 23, 2022

###

_____
Barry Russell
United States Bankruptcy Judge

-1-